UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                            Case No. 3:25-cr-53

vs.

CHARLES STEINMETZ,                 District Judge Michael J. Newman
                                     Magistrate Judge Peter B. Silvain, Jr.

      Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 22); (2) GRANTING THE PARTIES' UNOPPOSED, JOINT MOTION FOR A CHANGE OF PLEA (Doc. No. 19); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE INDICTMENT; (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING; AND (5) ADVISING COUNSEL FOR BOTH SIDES THAT VOLUNTARY SURRENDER IS ONLY AVAILABLE IN LIMITED CIRCUMSTANCES AND DEFENDANTS ARE TYPICALLY TAKEN INTO CUSTODY AT THE CONCLUSION OF THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation ("R & R") of the United States Magistrate Judge (Doc. No. 22), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the R & R in full. The parties' unopposed, joint motion to change plea (Doc. No. 19) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the Indictment, which charges him with conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 84l(b)(l)(A)(viii) and 846. The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing. Counsel for both sides are **ADVISED** that voluntary surrender is only available in limited circumstances, *see* 18 U.S.C. § 3143, and Defendants are typically taken into custody at the conclusion of the sentencing hearing.

**IT IS SO ORDERED.**

June 22, 2026                          s/*Michael J. Newman*
                                        Hon. Michael J. Newman
                                        United States District Judge