UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:25-cr-53

vs.

CHARLES STEINMETZ, District Judge Michael J. Newman

Defendant.

---

**ORDER: (1) REQUIRING THE UNITED STATES MARSHALS SERVICE TO LIFT DEFENDANT'S CURRENT FEDERAL DETAINER AND RETURN HIM TO STATE CUSTODY TO RESOLVE THE STATE POST-RELEASE CONTROL CASE; (2) REQUIRING, AFTER DEFENDANT IS TRANSFERRED TO STATE CUSTODY, THE UNITED STATES MARSHALS SERVICE TO IMMEDIATELY PLACE A FEDERAL DETAINER ON DEFENDANT; (3) REQUIRING DEFENDANT'S RETURN TO FEDERAL CUSTODY FOLLOWING THE FINAL DISPOSITION OF HIS STATE POST-RELEASE CONTROL CASE TO SERVE HIS FEDERAL SENTENCE; AND (4) CLARIFYING THAT UNDER NO CIRUMSTANCES SHALL DEFENDANT BE RELEASED FROM CUSTODY AND INTO THE COMMUNITY UNTIL BOTH HIS STATE POST-RELEASE CONTROL CASE AND FEDERAL SENTENCE HAVE BEEN RESOLVED/SERVED**

---

This criminal case is before the Court following Defendant's sentencing hearing on November 18, 2026. During the hearing, AUSA Amy Smith appeared on behalf of the Government; attorney Lawrence Greger appeared on behalf of Defendant. Probation Officer Jennifer Wright was also present. Defendant was sentenced to a 73-month term of incarceration to be followed by a five-year term of Supervised Release. As set forth during the sentencing hearing, Defendant shall begin serving the sentence imposed in the instant case immediately following the completion of his sentence for a state Post-Release Control ("PRC") violation.

Accordingly, the Court hereby **ORDERS** the following: (1) upon the state detainer being placed on Defendant, the United States Marshals Service shall **LIFT** Defendant's present federal detainer and **RETURN** Defendant to state custody so that he may resolve the PRC violation before

the Ohio Adult Parole Authority; and (2) after Defendant returns to state custody, the United States Marshals Service **SHALL IMMEDIATELY PLACE** a federal detainer on him to secure his return to federal custody after Defendant resolves his PRC violation and serves any sentence which may have been imposed. The Court further **CLARIFIES that under no circumstances shall Defendant be released from custody and into the community unless both his state PRC violation and federal sentence are resolved and/or served.**

Defendant's appellate rights—including the time within which to file an appeal, and the right to counsel on appeal—were explained to him at the conclusion of sentencing.

**IT IS SO ORDERED.**

November 24, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

cc: United States Marshals Service